| | Current | | | YTD | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Week 1 - 06/17/2009 - 06/23/2009 | | | | As of 06/30/2009 | | | | | |
| Description | Hourly Rate | Hours | Earnings | Description | Hours | Earnings | Description | Current | YTD | Pretax |
| Regular Non Aut | 11.050000 | 22.50 | 248.63 | Regular Non Aut | 871.60 | 9,631.28 | Fed Withholdng | 3.57 | 325.81 | |
| Sick Non Auto P | 11.050000 | 4.32 | 47.74 | Sick Non Auto P | 14.98 | 165.53 | Fed MED/EE | 9.30 | 138.34 | |
| Holiday Non Aut | | | 0.00 | Holiday Non Aut | 15.00 | 165.76 | Fed OASDI/EE | 39.77 | 591.53 | |
| Taxable Award | | | 0.00 | Taxable Award | | 25.00 | PA Unempl EE | 0.43 | 6.33 | |
| Vacation Non Au | | | 0.00 | Vacation Non Au | 42.67 | 471.51 | PA Withholdng | 19.69 | 292.91 | |
| Holiday Worked | | | 0.00 | Holiday Worked | 7.50 | 82.88 | PA Withholdng | 6.41 | 95.39 | |
| | | | | | | | PA LS Tax | 2.00 | 28.00 | |
| | | | | | | | Medical | 44.00 | 616.00 | * |
| | | | | | | | Dental | 25.04 | 350.56 | * |
| | | | | | | | Vision | 2.47 | 34.58 | * |
| | | | | | | | Gift Card Progr | 0.00 | 25.00 | |
| Week 2 - 06/24/2009 - 06/30/2009 | | | | | | | | | | |
| Description | Hourly Rate | Hours | Earnings | | | | | | | |
| Regular Non Aut | 11.050000 | 37.70 | 416.59 | | | | | | | |
| Sick Non Auto P | | | 0.00 | | | | | | | |
| Holiday Non Aut | | | 0.00 | | | | | | | |
| Taxable Award | | | 0.00 | | | | | | | |
| Vacation Non Au | | | 0.00 | | | | | | | |
| Holiday Worked | | | 0.00 | | | | | | | |
| | | | | | | | Total | 152.68 | 2,504.45 | |

**Net Pay Distribution**

| | | |
|---|---|---|
| Check | | 0.00 |
| Advice | | 560.28 |
| Total | | 560.28 |

| Total | | 712.96 | | | 10,541.96 | | | | |
|---|---|---|---|---|---|---|---|---|---|

Message:

──── REMOVE DOCUMENT ALONG THIS PERFORATION ────

023341
918373 p2

THIS DOCUMENT IS PRINTED IN GREEN INK. DO NOT ACCEPT UNLESS GREEN INK IS PRESENT.

# HCR ManorCare

| Account Type | Amount | DATE: 07/08/2009 |
|---|---|---|
| Checking | $560.28 | NO: 9269791 |
| | $0.00 | |
| | $0.00 | |

PAY TO THE ORDER OF

Tina Stump
5054 Waltersdorff Rd
Spring Grove, PA 17362

## NON-NEGOTIABLE

2009 AUG -7 AM 7:25 FILED

Case 1:09-bk-05527-MDF    Doc 10    Filed 08/07/09    Entered 08/07/09 13:01:48    Desc

| | Current | | | YTD | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Week 1 - 05/20/2009 - 05/26/2009 | | | | As of 06/02/2009 | | | | | |
| Description | Hourly Rate | Hours | Earnings | Description | Hours | Earnings | Description | Current | YTD | Pretax |
| Regular Non Aut | 11.050000 | 29.50 | 325.98 | Regular Non Aut | 736.30 | 8,136.20 | Fed Withholdng | 14.60 | 301.04 | |
| Holiday Non Aut | 11.050000 | 7.50 | 82.88 | Holiday Non Aut | 15.00 | 165.76 | Fed MED/EE | 10.90 | 117.68 | |
| Sick Non Auto P | | | 0.00 | Sick Non Auto P | 10.66 | 117.79 | Fed OASDI/EE | 46.60 | 503.19 | |
| Vacation Non Au | | | 0.00 | Vacation Non Au | 42.67 | 471.51 | PA Unempl EE | 0.49 | 5.38 | |
| Holiday Worked | | | 0.00 | Holiday Worked | 7.50 | 82.88 | PA Withholding | 23.08 | 249.17 | |
| | | | | | | | PA Withholding | 7.52 | 81.15 | |
| | | | | | | | PA LS Tax | 2.00 | 24.00 | |
| | | | | | | | Medical | 44.00 | 528.00 | * |
| | | | | | | | Dental | 25.04 | 300.48 | * |
| | | | | | | | Vision | 2.47 | 29.64 | * |

| Week 2 - 05/27/2009 - 06/02/2009 | | | |
|---|---|---|---|
| Description | Hourly Rate | Hours | Earnings |
| Regular Non Aut | 11.050000 | 37.50 | 414.38 |
| Holiday Non Aut | | | 0.00 |
| Sick Non Auto P | | | 0.00 |
| Vacation Non Au | | | 0.00 |
| Holiday Worked | | | 0.00 |

| Total | | | 176.70 | 2,139.73 |
|---|---|---|---|---|

**Net Pay Distribution**

| Check | 0.00 |
|---|---|
| Advice | 646.54 |
| Total | 646.54 |

| Total | | | 823.24 | | | 8,974.14 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Message:

— REMOVE DOCUMENT ALONG THIS PERFORATION —

023424
850034 P2



THIS DOCUMENT IS PRINTED IN GREEN INK. DO NOT ACCEPT UNLESS GREEN INK IS PRESENT

HCR·ManorCare

Account Type: Checking
Amount: $646.54 / $0.00 / $0.00
DATE: 06/10/2009
NO. 9166761

PAY TO THE ORDER OF
Tina Stump
5054 Waltersdorff Rd.
Spring Grove, PA 17362

## NON-NEGOTIABLE

|  | Current | | | | YTD | | | | | Pretax |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week 1 - 06/03/2009 - 06/09/2009** | | | | **As of 06/16/2009** | | | | | | |
| Description | Hourly Rate | Hours | Earnings | Description | Hours | Earnings | Description | Current | YTD | |
| Regular Non Aut | 11.050000 | 37.50 | 414.38 | Regular Non Aut | 811.40 | 8,966.06 | Fed Withholdng | 21.20 | 322.24 | |
| Holiday Non Aut | | | 0.00 | Taxable Award | | 25.00 | Fed MED/EE | 11.36 | 129.04 | |
| Taxable Award | | | 0.00 | Holiday Non Aut | 15.00 | 165.76 | Fed OASDI/EE | 48.57 | 551.76 | |
| Sick Non Auto P | | | 0.00 | Sick Non Auto P | 10.66 | 117.79 | PA Unempl EE | 0.52 | 5.90 | |
| Vacation Non Au | | | 0.00 | Vacation Non Au | 42.67 | 471.51 | PA Withholdng | 24.05 | 273.22 | |
| Holiday Worked | | | 0.00 | Holiday Worked | 7.50 | 82.88 | PA Withholdng | 7.83 | 88.98 | |
| | | | | | | | PA LS Tax | 2.00 | 26.00 | |
| | | | | | | | Medical | 44.00 | 572.00 | * |
| | | | | | | | Dental | 25.04 | 325.52 | * |
| | | | | | | | Vision | 2.47 | 32.11 | * |
| | | | | | | | Gift Card Progr | 25.00 | 25.00 | |
| **Week 2 - 06/10/2009 - 06/16/2009** | | | | | | | | | | |
| Description | Hourly Rate | Hours | Earnings | | | | | | | |
| Regular Non Aut | 11.050000 | 37.60 | 415.48 | | | | | | | |
| Taxable Award | | | 25.00 | | | | | | | |
| Holiday Non Aut | | | 0.00 | | | | | | | |
| Sick Non Auto P | | | 0.00 | | | | | | | |
| Vacation Non Au | | | 0.00 | | | | | | | |
| Holiday Worked | | | 0.00 | | | | | | | |
| | | | | | | | **Total** | 212.04 | 2,351.77 | |
| | | | | | | | **Net Pay Distribution** | | | |
| | | | | | | | Check | | 0.00 | |
| | | | | | | | Advice | | 642.82 | |
| **Total** | | | 854.86 | | | 9,829.00 | Total | | 642.82 | |
| Message: | | | | | | | | | | |

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

023275



THIS DOCUMENT IS PRINTED IN GREEN INK. DO NOT ACCEPT UNLESS GREEN INK IS PRESENT.

**HCR·ManorCare**

Account Type: Checking

Amount: $642.82  $0.00  $0.00

DATE: 06/24/2009
NO. 9218251

PAY TO THE ORDER OF  Tina Stump
5054 Waltersdorff Rd.
Spring Grove, PA  17362

# NON-NEGOTIABLE

|  | Current | | | | YTD | | | Current | YTD | Pretax |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week 1 - 05/06/2009 - 05/12/2009** | | | | **As of 05/19/2009** | | | | | | |
| Description | Hourly Rate | Hours | Earnings | Description | Hours | Earnings | Description | | | |
| Regular Non Aut | 11.050000 | 30.10 | 332.61 | Regular Non Aut | 669.30 | 7,395.84 | Fed MED/EE | 7.82 | 106.78 | |
| Sick Non Auto P | 11.050000 | 2.68 | 29.61 | Sick Non Auto P | 10.66 | 117.79 | Fed OASDI/EE | 33.44 | 456.59 | |
| Vacation Non Au | | | 0.00 | Vacation Non Au | 42.67 | 471.51 | PA Unempl EE | 0.37 | 4.89 | |
| Holiday Non Aut | | | 0.00 | Holiday Non Aut | 7.50 | 82.88 | PA Withholdng | 16.56 | 226.09 | |
| Holiday Worked | | | 0.00 | Holiday Worked | 7.50 | 82.88 | PA Withholdng | 5.39 | 73.63 | |
| | | | | | | | PA LS Tax | 2.00 | 22.00 | |
| | | | | | | | Fed Withholdng | 0.00 | 286.44 | |
| | | | | | | | Medical | 44.00 | 484.00 | * |
| | | | | | | | Dental | 25.04 | 275.44 | * |
| | | | | | | | Vision | 2.47 | 27.17 | * |
| **Week 2 - 05/13/2009 - 05/19/2009** | | | | | | | | | | |
| Description | Hourly Rate | Hours | Earnings | | | | | | | |
| Regular Non Aut | 11.050000 | 22.50 | 248.63 | | | | | | | |
| Sick Non Auto P | | | 0.00 | | | | | | | |
| Vacation Non Au | | | 0.00 | | | | | | | |
| Holiday Non Aut | | | 0.00 | | | | | | | |
| Holiday Worked | | | 0.00 | | | | | | | |
| | | | | | | | **Total** | 137.09 | 1,963.03 | |

**Net Pay Distribution**

| | |
|---|---|
| Check | 0.00 |
| Advice | 473.76 |
| Total | 473.76 |

| Total | | | 610.85 | | | 8,150.90 | | | | |

Message:

── REMOVE DOCUMENT ALONG THIS PERFORATION ──

023273
816340 P2



THIS DOCUMENT IS PRINTED IN GREEN INK. DO NOT ACCEPT UNLESS GREEN INK IS PRESENT.

**HCR·ManorCare**

Account Type: Checking
Amount: $473.76 / $0.00 / $0.00
DATE: 05/27/2009
NO. 9115145

PAY TO THE ORDER OF
Tina Stump
5054 Waltersdorff Rd.
Spring Grove, PA 17362

## NON-NEGOTIABLE

Case 1:09-bk-05527-MDF    Doc 10    Filed 08/07/09    Entered 08/07/09 13:01:48    Desc

## Hours And Earnings

### Current

**Week 1 - 04/22/2009 - 04/28/2009**

| Description | Hourly Rate | Hours | Earnings |
|---|---|---|---|
| Regular Non Aut | 11.050000 | 37.30 | 412.17 |
| Sick Non Auto P | | | 0.00 |
| Vacation Non Au | | | 0.00 |
| Holiday Non Aut | | | 0.00 |
| Holiday Worked | | | 0.00 |

**Week 2 - 04/29/2009 - 05/05/2009**

| Description | Hourly Rate | Hours | Earnings |
|---|---|---|---|
| Regular Non Aut | 11.050000 | 37.90 | 418.80 |
| Sick Non Auto P | | | 0.00 |
| Vacation Non Au | | | 0.00 |
| Holiday Non Aut | | | 0.00 |
| Holiday Worked | | | 0.00 |

**Total: 830.97**

### YTD As of 05/05/2009

| Description | Hours | Earnings |
|---|---|---|
| Regular Non Aut | 616.70 | 6,814.60 |
| Sick Non Auto P | 7.98 | 88.18 |
| Vacation Non Au | 42.67 | 471.51 |
| Holiday Non Aut | 7.50 | 82.88 |
| Holiday Worked | 7.50 | 82.88 |

**Total: 7,540.05**

## Taxes And Deductions

| Description | Current | YTD | Pretax |
|---|---|---|---|
| Fed Withholdng | 15.37 | 286.44 | |
| Fed MED/EE | 11.01 | 98.96 | |
| Fed OASDI/EE | 47.09 | 423.15 | |
| PA Unempl EE | 0.49 | 4.52 | |
| PA Withholdng | 23.32 | 209.53 | |
| PA Withholdng | 7.59 | 68.24 | |
| PA LS Tax | 2.00 | 20.00 | |
| Medical | 44.00 | 440.00 | * |
| Dental | 25.04 | 250.40 | * |
| Vision | 2.47 | 24.70 | * |
| **Total** | **178.38** | **1,825.94** | |

### Net Pay Distribution

| | |
|---|---|
| Check | 0.00 |
| Advice | 652.59 |
| Total | 652.59 |

Message:

— REMOVE DOCUMENT ALONG THIS PERFORATION —

023243



THIS DOCUMENT IS PRINTED IN GREEN INK. DO NOT ACCEPT UNLESS GREEN INK IS PRESENT

**HCR·ManorCare**

| Account Type | Amount | DATE: 05/13/2009 |
|---|---|---|
| Checking | $652.59 | NO. 9063688 |
| | $0.00 | |
| | $0.00 | |

PAY TO THE ORDER OF
Tina Stump
5054 Waltersdorff Rd.
Spring Grove, PA 17362

## NON-NEGOTIABLE

Case 1:09-bk-05527-MDF    Doc 10    Filed 08/07/09    Entered 08/07/09 13:01:48    Desc

| Employee Name<br>Tina Stump | | | Exemptions | | Company<br>HES | Paygroup<br>100 | Period Beginning<br>04/08/2009 | Period Ending<br>04/21/2009 | Advice No<br>9012371 |
|---|---|---|---|---|---|---|---|---|---|
| | | | Federal | State | | | | | |
| Employee ID<br>471879 | | | 0 | 0 | BL3 Personal Balance<br>0.000 | PTO Balance<br>0.000 | Vacation Balance<br>0.001 | Sick Bal<br>2.6 | |

### Hours And Earnings

**Week 1 - 04/08/2009 - 04/14/2009** | **As of 04/21/2009 (YTD)**

| Description | Hourly Rate | Hours | Earnings | Description | Hours | Earnings |
|---|---|---|---|---|---|---|
| Regular Non Aut | 11.050000 | 37.50 | 414.38 | Regular Non Aut | 541.50 | 5,983.63 |
| Sick Non Auto P | | | 0.00 | Sick Non Auto P | 7.98 | 88.18 |
| Vacation Non Au | | | 0.00 | Vacation Non Au | 42.67 | 471.51 |
| Holiday Non Aut | | | 0.00 | Holiday Non Aut | 7.50 | 82.88 |
| Holiday Worked | | | 0.00 | Holiday Worked | 7.50 | 82.88 |

**Week 2 - 04/15/2009 - 04/21/2009**

| Description | Hourly Rate | Hours | Earnings |
|---|---|---|---|
| Regular Non Aut | 11.050000 | 37.60 | 415.48 |
| Sick Non Auto P | | | 0.00 |
| Vacation Non Au | | | 0.00 |
| Holiday Non Aut | | | 0.00 |
| Holiday Worked | | | 0.00 |

| Total | | | 829.86 | | | 6,709.08 |

### Taxes And Deductions

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 15.26 | 271.07 |
| Fed MED/EE | 11.00 | 87.95 |
| Fed OASDI/EE | 47.02 | 376.06 |
| PA Unempl EE | 0.50 | 4.03 |
| PA Withholdng | 23.28 | 186.21 |
| PA Withholdng | 7.58 | 60.65 |
| PA LS Tax | 2.00 | 18.00 |
| Medical | 44.00 | 396.00 |
| Dental | 25.04 | 225.36 |
| Vision | 2.47 | 22.23 |
| Total | 178.15 | 1,647.56 |

### Net Pay Distribution

| | |
|---|---|
| Check | 0 |
| Advice | 651 |
| Total | 651 |

Message:

---- REMOVE DOCUMENT ALONG THIS PERFORATION ----

**THIS DOCUMENT IS PRINTED IN GREEN INK. DO NOT ACCEPT UNLESS GREEN INK IS PRESENT**

VOID    HCR·ManorCare  VOID

| Account Type | Amount | DATE: 04/29/2009 |
|---|---|---|
| Checking | $651.71 | NO. 9012371 |
| | $0.00 | |
| | $0.00 | |

PAY TO THE ORDER OF  Tina Stump
5054 Waltersdorff Rd.
Spring Grove, PA 17362

Case 1:09-bk-05527-MDF   Doc 10   Filed 08/07/09   Entered 08/07/09 13:01:48   Desc

### Week 1 - 07/15/2009 - 07/21/2009

| Description | Hourly Rate | Hours | Earnings |
|---|---|---|---|
| Regular Non Aut | 11.050000 | 37.70 | 416.59 |
| Holiday Worked | | | 0.00 |
| Overtime Premiu | | | 0.00 |
| Sick Non Auto P | | | 0.00 |
| Holiday Non Aut | | | 0.00 |
| Taxable Award | | | 0.00 |
| Vacation Non Au | | | 0.00 |

### As of 07/28/2009

| Description | Hours | Earnings |
|---|---|---|
| Regular Non Aut | 1,029.85 | 11,379.96 |
| Holiday Worked | 15.05 | 166.31 |
| Overtime Premiu | 5.15 | 28.45 |
| Sick Non Auto P | 14.98 | 165.53 |
| Holiday Non Aut | 15.00 | 165.76 |
| Taxable Award | | 25.00 |
| Vacation Non Au | 42.67 | 471.51 |

| Description | Current | YTD | Pretax |
|---|---|---|---|
| Fed Withholdng | 15.37 | 377.30 | |
| Fed MED/EE | 11.02 | 163.25 | |
| Fed OASDI/EE | 47.09 | 698.02 | |
| PA Unempl EE | 0.50 | 7.44 | |
| PA Withholdng | 23.32 | 345.64 | |
| PA Withholdng | 7.59 | 112.56 | |
| PA LS Tax | 2.00 | 32.00 | |
| Medical | 44.00 | 704.00 | * |
| Dental | 25.04 | 400.64 | * |
| Vision | 2.47 | 39.52 | * |
| Gift Card Progr | 0.00 | 25.00 | |

### Week 2 - 07/22/2009 - 07/28/2009

| Description | Hourly Rate | Hours | Earnings |
|---|---|---|---|
| Regular Non Aut | 11.050000 | 37.50 | 414.38 |
| Holiday Worked | | | 0.00 |
| Overtime Premiu | | | 0.00 |
| Sick Non Auto P | | | 0.00 |
| Holiday Non Aut | | | 0.00 |
| Taxable Award | | | 0.00 |
| Vacation Non Au | | | 0.00 |

| | | | | | | Total | 178.40 | 2,905.37 | |

**Net Pay Distribution**

| | |
|---|---|
| Check | 0.00 |
| Advice | 652.57 |
| Total | 652.57 |

| Total | | | 830.97 | | | 12,402.52 | | | |

Message:

--- REMOVE DOCUMENT ALONG THIS PERFORATION ---

023205
986250 P2



THIS DOCUMENT IS PRINTED IN GREEN INK. DO NOT ACCEPT UNLESS GREEN INK IS PRESENT.

## HCR ManorCare

Account Type: Checking

Amount: $652.57 / $0.00 / $0.00

DATE: 08/05/2009
NO. 9372828

PAY TO THE ORDER OF:
Tina Stump
5054 Waltersdorff Rd.
Spring Grove, PA 17362

## NON-NEGOTIABLE